

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

George Douglas, Appellant

No. 06-19-00094-CV          v.

Jack Martinsen and Barbara K. Martinsen-Anich, Appellees

Appeal from the 2nd District Court of Cherokee County, Texas (Tr. Ct. No. 2010-09-0616).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens, participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, George Douglas, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk